**Evangelista LUGO, Petitioner,**

v.

**DEPARTMENT OF THE
NAVY, Respondent.**

No. 01–3216.

United States Court of Appeals,
Federal Circuit.

DECIDED: July 1, 2001.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Deborah GARTNER, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION
BOARD, Respondent.**

No. 01–3198.

United States Court of Appeals,
Federal Circuit.

DECIDED: July 1, 2001.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule

31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.